## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

DESIGNLYNX PRODUCTS, LLC,      )
       Plaintiff,                )
                               )
v.                          )
                               )  CASE NO.: 1:25-cv-**20563**-DPG
JD E-COMMERCE AMERICA LIMITED and  )
JINGDONG E-COMMERCE (TRADE)     )
HONG KONG CORPORATION, et al.,     )
                               )
       Defendants.             )
                               )

### AMENDED CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS JINGDONG E-COMMERCE (TRADE) HONG KONG CORPORATION, JD E-COMMERCE AMERICA LTD, WALMART INC., AND WAL-MART.COM USA, LLC

Defendants Jingdong E-Commerce (Trade) Hong Kong Corporation, JD E-Commerce America Limited, Walmart Inc., and Wal-Mart.Com USA, LLC ("Defendants"), through their undersigned counsel, hereby file Defendants' Amended Certificate of Interested Parties and Corporate Disclosure Statement and disclose the following:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have a financial interest in the outcome of this case – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own ten percent or more of a party's stock, and other identifiable legal entities related to any party in this case: DESIGNLYNX PRODUCTS, LLC; SRIPLAW, P.A.; QTI.AI, LLC; Jingdong E-Commerce (Trade) Hong Kong Corporation; JD E-Commerce America Limited; JD.com, Inc.; WALMART INC.; WAL-MART.COM USA, LLC.

2.) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:  None.

1

153988.00005/153749240v.2

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditor's committee, the twenty largest unsecured creditors) in bankruptcy cases:  None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 15, 2025

Respectfully submitted,

**BLANK ROME LLP**

/s/Michael R. Esposito
Michael R. Esposito (FL Bar No. 37457)
E-mail: Michael.Esposito@BlankRome.com
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
Phone: (813) 255-2324
Fax: (813) 433-5352

Mike Margolis (Admitted *pro hac vice*)
E-mail: Mike.Margolis@blankrome.com
8F, Two IFC
8 Century Avenue, Pudong
Shanghai, 200120 China
Phone: (86) 21-2089-3200

Ping Zhang (admitted *pro hac vice*)
E-mail: Ping.Zhang@blankrome.com
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Phone: (424) 239-3839
Fax: 424.389.7169

*Counsel for Defendants*
JD E-Commerce America Limited
Jingdong E-Commerce (Trade) Hong Kong
Corporation
Walmart Inc.
Wal-Mart.Com USA, LLC

153988.00005/153749240v.2

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed

and served on April 15, 2025, with the Clerk of Court using CM/ECF to all counsel of record.

> */s/Michael R. Esposito*
> Michael R. Esposito
> Florida Bar No. 37457

153988.00005/153749240v.2